Kyriacos S. Tsircou (SBN 209905)
Konrad L. Trope (SBN 133214)
Tsircou Intellectual Property Law
515 S Flower Street, 36th Floor
Los Angeles, California 90071
Phone Number: (323) 660-9916
Fax Number: (323) 660-9917
Email: kyri@tsircoulaw.com
Email: ktrope@tsircoulaw.com

Counsel for Plaintiff Gold Crest, LLC.,
a California Limited Liability Company

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GOLD CREST, LLC., a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>LUX LED, LLC., a Texas Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-1201-FMO-JPR<br><br>**AGREED ORDER OF DISMISSAL AND STIPULATED INJUNCTION**<br><br>DATE: TBA<br>TIME: TBA<br>CTRM: 6D |

Plaintiff GOLD CREST, LLC, a California Limited Liability Company ("Plaintiff" or "Gold Crest"), Defendant LUX LED, LLC, a Texas Limited Liability Company ("Defendant" or "LUX"), as well as former Defendants SUNEEL MENON, a resident of the State of Texas; AZIZ MUSCATWALLA, a resident of the State of Texas; and MICHAEL BOWEN, a resident of the State of Alabama (collectively "Former Defendants"), hereby present this Agreed Order of Dismissal and Stipulated Injunction, for which the parties request the Court to confirm and retain jurisdiction to enforce the terms of the Stipulated Injunction herein and otherwise dismiss this case. Accordingly, by stipulation and agreement of the parties, as well as the Former Defendants, the Court finds as follows:

# FINDINGS OF FACT

1. On or about February 15, 2019 Plaintiff filed an action against Defendant LUX and the Former Defendants alleging various causes of action under the Lanham Act (15 U.S.C. §§ 1051 et. seq.) relating to direct, contributory, and vicarious liability for alleged infringement of Plaintiff's trademarks, and also for unfair competition (the "Complaint"). See Docket Entry #1.

2. Defendant LUX filed an Answer on or about March 20, 2019. See Docket Entry #17.

3. The Court granted Former Defendants' Motions to Dismiss pursuant to Rule 12(b)(2) and Rule 12(b)(6) on or about July 5, 2019. See Docket Entry #40.

4. Plaintiff Gold Crest filed a First Amended Complaint ("FAC") against LUX on or about July 9, 2019 alleging direct trademark infringement, false designation of origin, and unfair competition under the Lanham Act, and alleging a state law claim for unfair competition; Defendant LUX filed its Answer to the FAC on or about July 22, 2019. See Docket Entries #'s 41 and 42.

5. This Court has jurisdiction over this matter.

6. The Court finds that Plaintiff, Defendant, and Former Defendants have entered into an out-of-court, confidential settlement agreement resolving and settling the differences among them, and that the parties and the Former Defendants have jointly asked the Court to enter this Agreed Order of Dismissal and Stipulated Injunction.

7. Defendant LUX does not admit any of the allegations in the Complaint and FAC, except as specifically stated in this Order. Defendant LUX admits the Court has jurisdiction over this case and to enter this Agreed Order of Dismissal and Stipulated Injunction, including the continuing power of future enforcement regarding the Stipulated Injunction provided for herein.

8. Former Defendants Menon, Bowen and Muscatwalla, deny the allegations in the Complaint and FAC, except as specifically stated in this Order.

2    AGREED ORDER OF DISMISSAL
     AND STIPULATED INJUNCTION

Former Defendants were previously dismissed from this case for a lack of personal jurisdiction. Former Defendants do not consent to the Court's personal jurisdiction over them generally, but the Former Defendants do specifically consent and agree to the Court's jurisdiction over each of them individually to the extent necessary for future enforcement of the terms of the Stipulated Injunction provided for herein.

9. Defendant LUX and Former Defendants waive all rights to appeal or otherwise challenge or contest the validity of this Order.

9. Plaintiff Gold Crest asserts that there is good cause to believe that it will suffer immediate and irreparable harm unless Defendant LUX and Former Defendants Bowen, Muscatwalla, and Menon are restrained and enjoined by order of this Court.

10. Plaintiff Gold Crest, LLC is the owner of the following United States trademark registrations:

- LUX BY MIGHT BRIGHT, U.S.P.T.O. Registration No. 4,078,009;
- LUX, U.S.P.T.O. Registration No. 5,373,222; and
- LUX LED LIGHTING, U.S.P.T.O. Registration No. 5,585,626.

(hereinafter known as the "LUX Trademarks")

11. The term "LED" is used in the industry as a reference to a light emitting diode and to a lamp or lighting fixture containing one or more light emitting diodes.

12. The term "LUX" is used in the industry as the SI derived unit of illuminance and luminous emittance that measures luminous flux per unit area. In such technical usage, a LUX is equal to one lumen per square meter.

13. The LUX Trademarks are valid and enforceable, and that the term LUX, as registered and used by Plaintiff Gold Crest, LLC, is also a trademark that serves as a source identifier when used as a mark on the LEDs (light emitting diodes), lighting fixtures, and LED lamps sold by Plaintiff in the United States.

///

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

**STIPULATED INJUNCTION**

1. <u>Prohibition Against Infringement</u>.

    a. Defendant LUX and each and every Former Defendant agrees to and submits to the jurisdiction of the United States District Court for the Central District of California, Western Division without objection or reservation for purposes of this Stipulated Injunction and its enforcement thereof;

    b. Defendant LUX LED, LLC, all of its officers, members, owners, agents, representatives, servants, and employees, and all those acting in concert or privity with them who receive actual notice of this order; as well as Former Defendants Menon, Muscatwalla, and Bowen, and all those acting in concert or privity with them who receive actual notice of this order, are hereby restrained and enjoined from:

        i. Publicly displaying the Lux Trademarks in connection with the offering for sale or sale of any services and/or goods;

        ii. Manufacturing, selling, advertising, distributing, marketing, promoting, licensing, displaying, importing, exporting, transporting through interstate commerce or offering for sale, goods or services bearing the Lux Trademarks, including any lighting products, lighting fixtures, or lighting services bearing the Lux Trademarks or otherwise publicly displaying the Lux Trademarks or a confusingly similar variation of any of the Lux Trademarks in connection with the offering for sale or sale of any lighting services and/or lighting goods;

        ii. Publicly displaying any trademark or service mark that

4    AGREED ORDER OF DISMISSAL
                            AND STIPULATED INJUNCTION

imitates or is confusingly similar to the Lux Trademarks, or that is likely to cause confusion, mistake, deception, or public misunderstanding as to the origin of Gold Crest's goods and services or their connection to Gold Crest; and

    iii. Use of the term LUX by Defendants and former Defendants in a purely descriptive, non-trademark manner for the sole purpose of providing technical information regarding the luminous flux per unit area of an LED, a lighting fixture, or an LED lamp shall not violate this injunction. However, any other use of the term LUX other than use as a technical unit of light measurement as it is commonly used in the industry shall violate the terms of this injunction.

    iv. Use of the term LED for the purpose of referring to light emitting diodes or in order to refer to a lighting fixture or lamp containing one or more light emitting diodes shall not violate this injunction. Defendants and Former Defendants shall be able to use the term LED as it is commonly used in the industry, but they are forever enjoined and barred from using the composite trademark LUX LED in connection with the offering for sale or sale of any services and/or goods.

  2. <u>Retention of Jurisdiction Regarding Stipulated Injunction.</u>

Notwithstanding the dismissal of this instant action with prejudice as described below, it is **FURTHER ORDERED** that this Court retains jurisdiction of this matter for purposes of construction, modification, interpretation, and enforcement of the Stipulated Injunction provided hereinabove.

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

  3. It is **FURTHER ORDERED** that all claims and causes of action of Plaintiff Gold Crest are hereby in all things **DISMISSED WITH PREJUDICE**, but as set forth above, the Court expressly retains the jurisdiction and power to enforce its Stipulated Injunction in the future concerning Defendant LUX LED and the Former Defendants.

4. Any violations of or disputes arising out of or relating to this Permanent Injunction shall be brought before this Court in accordance with and pursuant to the Federal Rules of Civil Procedure and the Local Rules of this District Court.

5. All relief not expressly granted in this Agreed Order of Dismissal with Prejudice and Stipulated Injunction is hereby **DENIED**.

6. The Court further finds that all claims and causes of action herein have now been dismissed by the Court and that this entire case should therefore be dismissed with prejudice, and it is therefore **ORDERED** that this Agreed Order of Dismissal and Stipulated Injunction disposes of all claims and controversies asserted in the above-styled lawsuit and is **FINAL** and that this entire case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

DATED: _____

United States District Court Judge

**SO STIPULATED AND AGREED**:

Dated: November 25, 2019       _____
                                Suneel Menon

Dated: November ___, 2019      _____
                                Michael Bowen

Dated: November ___, 2019      _____
                                Aziz Muscatwalla

                                LUX LED, LLC

Dated: November 25, 2019

By:                             _____
                                President: LUX LED, LLC

4. Any violations of or disputes arising out of or relating to this Permanent Injunction shall be brought before this Court in accordance with and pursuant to the Federal Rules of Civil Procedure and the Local Rules of this District Court.

5. All relief not expressly granted in this Agreed Order of Dismissal with Prejudice and Stipulated Injunction is hereby **DENIED**.

6. The Court further finds that all claims and causes of action herein have now been dismissed by the Court and that this entire case should therefore be dismissed with prejudice, and it is therefore **ORDERED** that this Agreed Order of Dismissal and Stipulated Injunction disposes of all claims and controversies asserted in the above-styled lawsuit and is **FINAL** and that this entire case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

DATED: _____

United States District Court Judge

**SO STIPULATED AND AGREED:**

Dated: November ____, 2019

_____
Suneel Menon

Dated: November ____, 2019

_____
Michael Bowen

Dated: November 25, 2019

_____
Aziz Muscatwalla

LUX LED, LLC

Dated: November ____, 2019

By:

_____
President: LUX LED, LLC

4. Any violations of or disputes arising out of or relating to this Permanent Injunction shall be brought before this Court in accordance with and pursuant to the Federal Rules of Civil Procedure and the Local Rules of this District Court.

5. All relief not expressly granted in this Agreed Order of Dismissal with Prejudice and Stipulated Injunction is hereby **DENIED**.

6. The Court further finds that all claims and causes of action herein have now been dismissed by the Court and that this entire case should therefore be dismissed with prejudice, and it is therefore **ORDERED** that this Agreed Order of Dismissal and Stipulated Injunction disposes of all claims and controversies asserted in the above-styled lawsuit and is **FINAL** and that this entire case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

DATED: February 12, 2020        /s/ Fernando M. Olguin
_____
United States District ~~Court~~ Judge

**SO STIPULATED AND AGREED:**

Dated: November ____, 2019        _____
                                   Suneel Menon

Dated: November 25, 2019          _____
                                   Michael Bowen

Dated: November ____, 2019        _____
                                   Aziz Muscatwalla

                                   LUX LED, LLC
Dated: November ____, 2019

By:                                _____
                                   President: LUX LED, LLC

6        AGREED ORDER OF DISMISSAL
                                                    AND STIPULATED INJUNCTION

Dated: November 22, 2019          GOLD CREST, LLC

By: _____
President: GOLD CREST, LLC

Dated: November 22, 2019          TSIRCOU LAW, P.C.

_____
Kyriacos Tsircou
Attorneys for Plaintiff Gold Crest, LLC

Dated: November 25, 2019          NAMAN, HOWELL, SMITH & LEE, PLLC

_____
John A. Powell
Attorneys for Defendant LUX LED, LLC and Former Defendants Bowen, Muscatwalla, and Menon